UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMILA REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22-cv-00270 JAR |
| | ) |
| 21ST CENTURY CENTENNIAL | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order filed this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this cause of action is **DISMISSED** without prejudice.

Dated this 21st day of June, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE